# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: Young Yil Jo**

**Case No: 6:21-mc-00162-PGB-EJK**

## ORDER

In case number 6:21:cv-1547-PGB-EJK (Doc. 2), the Honorable Paul G. Byron, United States District Judge, prohibited Young Yil Jo (Jo)[1] from filing any future lawsuits in this Division unless the senior Magistrate Judge in this Division found after prescreening that the complaint has arguable merit. The following documents have been submitted to the undersigned for review pursuant to the terms of that order:

1. nine documents entitled "Complaint" dated May 12, 2025

2. sixteen documents entitled "Complaint" dated June 12, 2025;

3. three documents entitled "Complaint" dated June 16, 2025;

4. five documents entitled "Complaint" dated June 26, 2025;

5. eleven documents entitled "Complaint" dated July 14, 2026;

6. eleven documents entitled "Complaint" dated July 16, 2025;

7. five documents entitled "Complaint" dated July 26, 2025;

8. one document entitled "Complaint" dated September 23, 2025;

9. one document entitled "Complaint" dated October 23, 2025;

10. three documents entitled "Complaint" dated October 24, 2025;

11. two documents entitled "Complaint" dated November 17, 2025;

---

[1] Jo names himself as "Petitioner" in one copy of the "Complaint" but provides different names as the "Petitioner" in other documents. *See* Docs. 4 to 10 (listing the names Jo uses to identify the "Petitioner" on other "Complaints").

12. three documents entitled "Complaint" dated November 24, 2025;

13. two documents entitled "Complaint" dated December 22, 2025;

14. three documents entitled "Complaint" dated December 24, 2025;

15. four documents entitled "Complaint" dated January 22, 2026;

16. two documents entitled "Complaint" dated January 26, 2026;

17. four documents entitled "Complaint" dated February 2, 2026;

18. two documents entitled "Complaint" dated February 12, 2026;

19. four documents entitled "Complaint" dated February 23, 2026;

20. four documents entitled "Complaint" dated February 24, 2026;

21. five documents entitled "Complaint" dated February 26, 2026;

22. three documents entitled "Complaint" dated March 2, 2026;

23. one document entitled "Complaint" dated March 6, 2026;

24. seven documents entitled "Complaint" dated March 12, 2026;

25. four documents entitled "Complaint" dated March 23, 2026;

26. four documents entitled "Complaint" dated March 24, 2026;

27. four documents entitled "Complaint" dated March 26, 2026;

28. four documents entitled "Complaint" dated April 1, 2026;

29. three documents entitled "Complaint" dated April 12, 2026;

30. four documents entitled "Complaint" dated April 15, 2026;

31. four documents entitled "Complaint" dated April 24, 2026;

32. four documents entitled "Complaint" dated April 28, 2026;

33. four documents entitled "Complaint" dated May 1, 2026;

34. four documents entitled "Complaint" dated May 8, 2026;

35. one document entitled "Complaint" dated March 12, 2026;

36. four documents entitled "Complaint dated May 15, 2026;

37. four documents entitled "Complaint" dated May 21, 2026;

38. four documents entitled "Complaint" dated May 28, 2026;

39. nine documents entitled "Complaint" dated June 8, 2026;

40. four documents entitled "Complaint" dated June 21, 2026; and

41. four documents entitled "Complaint" dated July 8, 2026.

In the "Complaint," Jo mentions "taxpayer damage or no discrimination by jury." While Jo cites 42 U.S.C. § 1983, Jo does not include allegations to warrant exercise of jurisdiction in this Court. Moreover, the "Complaint" lacks any arguable merit as to any cause of action and appears frivolous.

Further, Jo attaches a "Notice of Appeal" to the "Complaint." Despite the title, the documents do not appear to be notices of appeal. Indeed, Jo does not mention the Circuit in the purported notices. The notices otherwise lack any arguable merit.[2]

For these reasons, leave to file the documents is **DENIED**. The **Clerk of Court** is directed to follow the Court's direction in 6:21-cv-1547-PGB-EJK at Doc. 2.

**ORDERED** in Orlando, Florida on July 6, 2026.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties

---

[2] The Court notes that by orders dated April 23, 2024; July 22, 2024; October 22, 2024; March 3, 2025; March 13, 2025; June 20, 2025; and December 8, 2025, the Court denied Jo leave to file similar documents. *See* Docs. 4 to 10.